FILED

2013 MAY 22 PM 1:21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No.: 3:08-cv-1254-J-20JBT

CEDAR POINTE ENTERPRISE, LLC,
a Florida limited liability corporation,

    Defendant.
_____/

## FINAL JUDGMENT QUIETING TITLE

This cause is before the Court on the Stipulation for Entry of Final Judgment Quieting Title (Doc. 83, filed May 16, 2013). The Court has reviewed the Stipulation, the pleadings and other papers filed herein, and is otherwise fully advised in the premises.

It is therefore ORDERED AND ADJUDGED that:

1. The Stipulation for Entry of Final Judgment Quieting Title is approved.

2. This Court has jurisdiction over the subject matter of this action and over each of the parties.

3. Plaintiff, United States of America ("United States"), is the fee simple owner of the following described real property in Duval County, Florida (the "Property") to wit:

> That part of Section 6, Township 1 South, Range 28 East, as per Florida Survey Chapter 253 of part North of St. Johns River, approved by Fred C. Elliot, Chief Drainage Engineer for the State of Florida, in May 1945, and on file in the Office of the Commissioner of Agriculture of the State of Florida, which was formerly described as "Unsurveyed part of Section 6, Township 1 South, Range 28 East, in Deed Book 1481, Page 562."

Included within the Property is the following described real property:

> Those parts of Tract A and Lots 172, 173, 174, 175, 176, 181, 182, 183, 184, 185, 186, 189, 190, 192, 193, 194, 195, 196, and 197, of Tidewater Unit One, according to the plat thereof recorded in Plat Book 57, Page 90, Public Records of Duval County, Florida, lying waterward (southwesterly) of the line described in Exhibit "A" attached hereto and by this reference made a part hereof.

4. All of the right, title, and interest of Defendant, Cedar Pointe Enterprise, LLC ("Cedar Pointe"), and any person or entity claiming by, through, under, or against Cedar Pointe, with respect to the Property and any interest appurtenant thereto, is forever quieted and confirmed in the United States.

5. The dispute that led to this action to quiet title was caused, in part, by the Warranty Deed from Charles Miller and Elizabeth K. Miller and Mack Padgett, to Tom S. Lobrano, Jr., dated February 1, 1956 and recorded February 2, 1956 in Official Records Book 17, Page 323, Public Records of Duval County, Florida ("1956 Warranty Deed"). The 1956 Warranty Deed purported to convey title to "all right, title and interest of the parties of the first part, and each of them, in and to all lands lying between the center line of Clapboard Creek, on the one hand, and the Westerly, Southerly and Easterly boundaries of [Government] Lots [1 and 2], on the other hand, to the extent, if any, that the same is not included within said Lots [1 and 2]." This was the first time that any grantor in Cedar Pointe's chain of title purported to convey an interest to all lands lying between the center line of Clapboard Creek, on the one hand, and the Westerly, Southerly and Easterly boundaries of Lots 1 and 2, on the other hand. The grantors did not, however, have title to these lands. This language created a cloud on Plaintiff's title, and was carried forward in subsequent conveyances, including but not limited to the Warranty Deed from Rawls Ranch, Inc., to Cedar Pointe dated July 31, 2003 and

recorded August 5, 2003 in Official Records Book 11267, Page 90, Public Records of Duval County, Florida. As set forth herein, such cloud is now quieted.

6. In addition, the United States has title to the Property superior to any person or entity asserting a claim arising after the recording of the Notice of Lis Pendens, dated December 30, 2008 and recorded January 2, 2009 in Official Records Book 14739, Page 1926, Public Records of Duval County, Florida.

7. Each party shall bear its own costs and attorneys' fees.

8. The current address of Plaintiff, United States of America, is National Park Service, Land Resources Division, 1849 C Street, N.W., (2540), Washington, D.C. 20240.

9. The current address of Defendant, Cedar Pointe Enterprise, LLC, is 2379 Beville Road, Daytona Beach, FL 32119.

DONE AND ORDERED at Jacksonville, Florida, this 22d day of May, 2013.

Hon. Harvey E. Schlesinger
United States District Judge

Copies to:

Collette B. Cunningham, Esq.
U.S. Attorney's Office
Middle District of Florida
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270

Melissa B. Murphy, Esq.
Cobb Cole
150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, FL 32115-2491

EXHIBIT "A"

A LINE DESCRIBING THE BOUNDARY BETWEEN
THE MARSH AND THE UPLANDS.

A line describing the boundary between the marsh and the uplands lying in or near the plat of "Tidewater Unit One", as recorded in Plat Book 57, Page 90 of the Public Records of the City of Jacksonville, Duval County, Florida, and in Section 6, Township 1 South, Range 28 East. Said line being more particularly described as follows:

**Commence** at Plat "PCP" as shown in the centerline of Clapboard Creek Drive in front of Lot 173 as shown on said Plat; thence South 17°25'20" East, a distance of 257.57 feet to the **POINT OF BEGINNING OF SAID LINE**;
Thence North 89°06'25" West, a distance of 28.26 feet;
Thence South 38°43'58" West, a distance of 12.50 feet;
Thence North 70°18'53" West, a distance of 14.97 feet;
Thence North 57°07'43" West, a distance of 36.14 feet;
Thence North 43°46'40" West, a distance of 39.98 feet;
Thence North 50°46'34" West, a distance of 49.04 feet;
Thence North 57°15'36" West, a distance of 71.45 feet;
Thence North 80°51'06" West, a distance of 22.74 feet;
Thence South 77°16'13" West, a distance of 39.30 feet;
Thence North 69°19'00" West, a distance of 17.55 feet;
Thence North 03°11'23" West, a distance of 7.78 feet;
Thence North 59°17'15" West, a distance of 18.78 feet;
Thence North 65°24'53" West, a distance of 32.35 feet;
Thence North 69°00'18" West, a distance of 17.55 feet;
Thence North 62°27'47" West, a distance of 11.02 feet;
Thence South 82°43'11" West, a distance of 8.93 feet;
Thence North 48°28'39" West, a distance of 10.33 feet;
Thence North 20°32'32" West, a distance of 10.66 feet;
Thence North 74°45'51" West, a distance of 12.06 feet;
Thence North 65°38'38" West, a distance of 16.08 feet;
Thence North 64°08'20" West, a distance of 235.40 feet;
Thence North 27°53'05" West, a distance of 20.37 feet;
Thence North 71°44'17" West, a distance of 20.84 feet;
Thence North 67°22'57" West, a distance of 12.93 feet;
Thence North 36°35'32" West, a distance of 23.93 feet;
Thence North 79°53'50" West, a distance of 15.88 feet;
Thence North 21°30'29" West, a distance of 16.69 feet;
Thence North 33°44'23" West, a distance of 17.61 feet;
Thence North 10°58'27" West, a distance of 12.12 feet;
Thence South 88°11'43" West, a distance of 24.70 feet;

Thence North 21°27'04" West, a distance of 12.78 feet;
Thence North 50°29'32" West, a distance of 21.72 feet;
Thence North 38°17'36" West, a distance of 19.21 feet;
Thence North 16°51'46" West, a distance of 14.96 feet;
Thence North 03°59'11" East, a distance of 43.89 feet;
Thence North 00°00'00" East, a distance of 38.13 feet;
Thence North 36°37'38" West, a distance of 22.70 feet;
Thence North 14°59'02" West, a distance of 42.92 feet;
Thence North 39°55'38" West, a distance of 101.58 feet;
Thence North 65°23'07" West, a distance of 12.50 feet;
Thence North 50°32'55" West, a distance of 13.69 feet;
Thence North 27°20'34" West, a distance of 19.04 feet;
Thence South 83°38'11" West, a distance of 55.40 feet;
Thence North 70°22'55" West, a distance of 20.77 feet;
Thence North 36°29'38" West, a distance of 21.98 feet;
Thence North 69°00'50" West, a distance of 22.68 feet;
Thence North 60°57'44" West, a distance of 52.75 feet;
Thence North 75°58'21" West, a distance of 20.48 feet;
Thence North 90°00'00" West, a distance of 12.11 feet;
Thence North 55°47'59" West, a distance of 14.33 feet;
Thence North 05°08'39" East, a distance of 13.54 feet;
Thence South 88°07'57" West, a distance of 55.66 feet;
Thence North 38°50'15" West, a distance of 41.58 feet;
Thence North 42°03'22" West, a distance of 41.09 feet;
Thence North 79°51'53" West, a distance of 16.00 feet;
Thence North 40°19'50" West, a distance of 19.46 feet;
Thence North 23°59'13" West, a distance of 18.32 feet;
Thence North 56°49'25" West, a distance of 31.40 feet;
Thence North 67°38'58" West, a distance of 31.61 feet;
Thence North 81°20'05" West, a distance of 41.19 feet;
Thence North 59°22'21" West, a distance of 14.82 feet;
Thence North 74°01'31" West, a distance of 47.88 feet;
Thence North 87°07'21" West, a distance of 23.87 feet;
Thence North 46°12'25" West, a distance of 23.50 feet;
Thence North 55°09'33" West, a distance of 21.16 feet;
Thence North 82°27'43" West, a distance of 40.65 feet;
Thence North 37°54'33" West, a distance of 17.31 feet;
Thence North 76°29'50" West, a distance of 32.00 feet;
Thence North 55°51'06" West, a distance of 48.43 feet;
Thence North 51°20'02" West, a distance of 46.05 feet;
Thence North 57°17'14" West, a distance of 16.47 feet;
Thence South 61°41'51" West, a distance of 24.49 feet;
Thence North 37°35'52" West, a distance of 31.16 feet;
Thence North 64°09'38" West, a distance of 10.98 feet;

Thence South 42°23'21" West, a distance of 16.03 feet;
Thence North 56°54'35" West, a distance of 26.18 feet;
Thence South 49°59'21" West, a distance of 14.59 feet;
Thence North 66°31'17" West, a distance of 25.45 feet;
Thence South 61°09'13" West, a distance of 24.41 feet;
Thence South 73°40'09" West, a distance of 36.64 feet;
Thence North 34°51'33" West, a distance of 27.62 feet;
Thence North 62°17'03" West, a distance of 6.48 feet;
Thence South 50°53'48" West, a distance of 23.46 feet;
Thence North 65°02'02" West, a distance of 19.75 feet;
Thence North 83°02'13" West, a distance of 15.85 feet;
Thence South 64°59'56" West, a distance of 23.19 feet;
Thence North 43°34'06" West, a distance of 27.60 feet;
Thence North 59°15'30" West, a distance of 17.30 feet;
Thence South 77°59'17" West, a distance of 36.03 feet;
Thence North 73°57'48" West, a distance of 48.78 feet;
Thence North 78°30'24" West, a distance of 15.00 feet;
Thence North 49°41'39" West, a distance of 36.30 feet;
Thence North 75°44'28" West, a distance of 19.59 feet;
Thence North 46°26'49" West, a distance of 25.17 feet;
Thence North 39°23'07" West, a distance of 26.40 feet;
Thence South 42°31'11" West, a distance of 13.63 feet;
Thence South 87°46'36" West, a distance of 13.35 feet;
Thence North 17°10'43" West, a distance of 22.99 feet;
Thence North 55°15'25" West, a distance of 23.64 feet;
Thence South 41°24'02" West, a distance of 14.04 feet;
Thence North 73°51'44" West, a distance of 35.37 feet;
Thence North 68°49'45" West, a distance of 20.99 feet;
Thence North 41°43'57" West, a distance of 24.60 feet;
Thence North 54°25'05" West, a distance of 7.68 feet;
Thence South 46°49'06" West, a distance of 11.61 feet;
Thence North 82°17'34" West, a distance of 9.83 feet;
Thence North 33°08'40" West, a distance of 41.85 feet;
Thence North 59°24'48" West, a distance of 22.98 feet;
Thence North 15°53'22" West, a distance of 55.61 feet;
Thence North 03°43'27" West, a distance of 38.23 feet;
Thence North 15°06'51" West, a distance of 36.37 feet;
Thence North 22°50'03" East, a distance of 30.49 feet;
Thence North 23°23'55" West, a distance of 15.84 feet;
Thence North 01°32'02" West, a distance of 27.72 feet;
Thence North 14°51'24" East, a distance of 28.39 feet;
Thence North 50°41'59" East, a distance of 14.14 feet;
Thence North 27°56'37" East, a distance of 24.84 feet;
Thence North 35°35'37" West, a distance of 15.70 feet;

Thence North 19°30'26" East, a distance of 19.08 feet;
Thence North 00°47'59" East, a distance of 23.85 feet;
Thence North 23°28'04" East, a distance of 25.84 feet;
Thence North 72°10'26" East, a distance of 24.11 feet;
Thence North 66°17'18" East, a distance of 33.36 feet;
Thence North 12°15'40" East, a distance of 13.46 feet;
Thence North 17°17'34" East, a distance of 12.55 feet;
Thence North 64°33'52" East, a distance of 13.50 feet;
Thence North 19°06'31" East, a distance of 12.19 feet to the North line of said plat of Tidewater Unit One, said line also being the North line of said Section 6, and the **POINT OF TERMINATION OF SAID MARSH LINE.**

Thence South 48°00'33" East, a distance of 228.64 feet to a found "PCP" in front of Lot 196 as shown on the plat of "Tidewater Unit One" as a point of reference.

Said bearings are based on the centerline of Clapboard Creek Drive between the Plat "PCP"s in front of Tract "A" and in front of said Lot 173 as shown on the plat of "**Tidewater Unit One.**" Said line bears South 65°09'55" East.

7